1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

**FILED**

JAN 2 9 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: )<br><br>Ray Laurence Howes ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br>_____) | S.W. NO. 2:13 - MJ - 0024   EFB<br><br><br>ORDER RE: REQUEST TO SEAL<br>DOCUMENTS |

        Upon application of the United States of America and good cause

having been shown,

        IT IS HEREBY ORDERED that the arrest warrant and arrest warrant

affidavit, and criminal complaint in the above-captioned proceeding

shall be filed under seal and shall not be disclosed to any person

until otherwise ordered by this Court, or upon the arrest of the

defendant, whichever occurs first.

Date:

  1-29-2013

EDMUND F. BRENNAN
United States Magistrate Judge
Eastern District of California

1